ERIKA BAILEY DRAKE
ERIKA DRAKE LAW OFFICES
23679 Calabasas Road Suite 403
Calabasas, CA 91302

Attorneys for Plaintiff

ANDRÉ BIROTTE, JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Jean M. Turk CASB NO. 131517
Special Assistant United States Attorney
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415)977-8935 Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
MICHAEL J. ASTRUE

**JS-6**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| VICTORIA MARIE ATENCIO<br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. ED 12-cv-00710 OP<br><br>ORDER FOR DISMISSAL |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 8/1/12

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-